UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

* * * * * * * * * * * * * * *

DAVID G. TRACY,

    Plaintiff-Petitioner,

—vs—

DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
UNITED STATES OF AMERICA,

    Defendant's-Respondent's,
_____/

Civil Action No. _____

**00-6214**

**CIV-SEITZ**
U.S.D.C. JUDGE
MAGISTRATE JUDGE
GARBER

NIGHT BOX
FILED

FEB 11 2000

CLARENCE MADDOX
CLERK, USDC / SDFL

## PETITION FOR JUDICIAL REVIEW

    **NOW COMES** Petitioner DAVID G. TRACY, pro se', pursuant to 26 U.S.C. 6201, 6203 and C.F.R. 301.6201 and 301.6203, 6303, 301.6303, 301.6212, 601.106(f)(I) 26 U.S.C. 6212, United States Constitution Amx IV, V, VI, VIII, XIV, and corresponding Florida State Constitution, and in support of Petitioner's Petition, Petitioner presents unto this Honorable Court the following:

    1.   That Petitioner David Tracy submits by Internal Revenue Code definition, <u>Petitioner is a non-resident alien of the geographical United States (I.R.C. ss. 7701(b))</u>, and requests this Honorable Court to Take Judicial Notice that Petitioner is not engaged in a United States Trade or Business. Additionally, <u>non-resident alien individuals who at no time during the taxable year are engaged in a Trade or Business in the United States</u>. I.R.C. ss. 7701(26): "Trade or Business". The term includes the performance of functions of a public office.
In Support See, Petitioner's Exhibit's annexed hereto, marked respectively #1, #2, #3.



2.  Petitioner is not engaged in performance of functions of a Public Office, thus does not qualify either as an "employee", as the term is defined at I.R.C. ss. 3401(c), nor as an "employer", as the term is defined at I.R.C. ss. 3401(d). Therefore, Petitioner is exempt from SubTitle A & C Taxes as specified at 26 C.F.R., Part 1.871-7(a)(4).

3.  That your Petitioner submits that he is not liable to the Defendant's for any assessments and defendant's are barred as a matter of law from such assessments, withholding Orders, levies, liens, or otherwise by Defendant's.

4.  That your Petitioner David G. Tracy submits that he was not liable for the preceding ten (10) years next to exhibition of his instant pleadings for Defendant's assessments against him, where Petitioner has been coerced under duress of threats of prosecution in past if he did not pay the defendant's the amount assessed against him and where Petitioner has consistently held that he is not liable and is exempt.

5.  That your Petitioner David G. Tracy is now before this bench & bar and moves for the granting and issuence of Judicial Review, and upon final hearing, grant and issue its Order of Injunction against Defendant's from engaging in any and all collection activity against your Petitioner.

6.  That Petitioner has raised "Constitutional Issues" in the case before this bench & bar and submits that the "Exhaustion Doctrines" are non-applicable (where controlling constitutional issues are raised), See, <u>Diggs vs. State Board Of Embalmers & Funeral Directors</u>, 321 Mich 508; 32 NW2d 728 (1948), where the Court held: <u>"Administrative Agencies do not have the power to determine constitutional issues and questions"</u>. See also, <u>Dalton vs. Ford Motor Co.</u>, 314 Mich 152; 22 NW2d 252 (1946). Additionally, see accompanying Points Of Authorities / Memorandum Of Law, Grounds For Relief and Sworn Affidavit of Petitioner heretowith and annexed to Petitioner's accompanying Motion To Quash & Dismiss.

**WHEREFORE,** Petitioner David G. Tracy, moves this Honorable Federal Court to Grant Petitioner's Petition For Judicial Review and, upon final hearing, issue an Order of Injunction enjoining/restraining the Defendant's from attempting and/or engaging in

2.

any/all further assessments, withholding Orders, collections, levies, liens, sales or otherwise upon Petitioner.

I, DAVID G. TRACY HEREBY CERTIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS HEREIN ARE ALL TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. AS TO THE AUTHORITIES CITED HEREIN AND THOSE CONTAINED IN PETITIONER'S AFFIDAVITS, POINTS OF AUTHORITIES, GROUNDS FOR RELIEF AND MEMORANDUM OF LAW, PETITIONER BELIEVES SAME TO BE ACCURATE AND RELIES UPON SAME.

Dated: 02-11-2000.                                Respectfully Submitted,

                                                  [signature]

                                                  DAVID G. TRACY-Plaintiff-Petitioner
                                                      Pro Se'
                                                  P.O. Box 11638
                                                  FT. LAUDERDALE, FLORIDA  33339

rmt/dgt.
enclosures.
cc:
U.S. ATTORNEY OFFICE


SUBSCRIBED AND SWORN TO BEFORE ME, THIS 11th DAY OF FEBRUARY, 2000.

SALVATORE F. LONANO
COMMISSION # CC 532218
EXPIRES MAR 24, 2000
BONDED THRU
ATLANTIC BONDING CO., INC.

NOTARY PUBLIC
BROWARD COUNTY, STATE OF FLORIDA

SALVATORE F. LONANO
COMMISSION # CC 532216
EXPIRES MAR 24, 2000
BONDED THRU
ATLANTIC BONDING CO., INC.

# GROUNDS FOR RELIEF

This is an action brought by Petitioner, before this bench & bar for Judicial Review with Petitioner's companion MOTION TO QUASH/DISMISS, with supporting Verified Sworn Affidavit, Points Of Authorities and Memorandum Of Law in Support thereof, which Petitioner incorporates by reference as if fully set forth herein for purposes of case authority.

## JURISDICTION:

Jurisdiction is founded upon several Federal Laws, the United States and corresponding State Of Florida Constitutions; Title 28 of the United States Code (28 U.S.C. ss: 1340 and 1361), Sec. 6213(a) of the Internal Revenue Code of 1954 (26 U.S.C. 6213(a); 26 U.S.C. Sec. 6212, 6861(b), 6213(a); U.S. Const. Amx., IV, V, VI, VIII, XI, XIV and corresponding Florida Constitution.

It is Petitioner's posture that an unconstitutional act, as Petitioner claims is the case before this bench where Respondent's engage in income tax collection activity, assessment, levy, lien, sales or otherwise against your Petitioner, is unconstitutional acts and amounts and rises to the level of, not being law, as it confers no rights, it imposes no duties, affords no protection and accordingly, it creates no office, it is in legal contemplation, as inoperative (the respondents acts), as though it had never been passed. **Norton vs. Shelby County, 118 U.S. at 425.** *See also,* **Boyd vs. U.S., 116 U.S. at 616**, where the Court held: <u>The Court is to protect against any encroachment of constitutionally secured rights.</u>

For the reasons of constitutional issues raised, Petitioner cannot appeal to the United States Tax Court.

> The Due Process Clause of the Fifth Amendment guarantees that <u>no person</u> shall....<u>be deprived of life, liberty or property without due process of law.</u> The Supreme Court's precedent's <u>establish</u> the general rule that individuals <u>must receive notice</u> (and an opportunity to be heard <u>before</u> the government deprives them of property. <u>United States vs. $8,850</u>, 461 U.S. 555, 562, n. 12, 103 S. Ct. 2005, 2011, n. 12, 76 LEd2d 143 (1983); <u>Fuentes vs. Shevin</u>, 407 U.S. 67, 82, 92 S. Ct. 1983, 1995, 32 LEd2d 556 (1972); <u>Sniadach vs. Family Finance Corp. Of Bay View.</u>, 395 U.S. 337, 342, 89 S. Ct. 1820, 1823, 23 LEd2d 349; <u>Mullane vs. Central Hanover Bank & Trust Co.</u>, 339 U.S. 306, 313, 70 S. Ct. 652, 656, 94 LEd at 865.

It is well settled law that Petitioner has an **absolute constitutional right** with **exclusive**

ownership rights, over his properties and monies. It is possible to waive constitutional rights by contract, however, under the common law and according to the United States Supreme Court decision of <u>Brady     vs.     U.S.</u>, 742 at 748 (1970), the Court held: "<u>Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences.</u>"

To the best of Petitioner's knowledge, and belief, he has never entered into, knowingly and voluntarily, any contracts with the Respondent's-Defendant's, in which Petitioner was making an intelligent, knowingly and voluntary waiver of any of his claimed rights, thus any potential conceivable and/or arguable contract or waiver that Respondents may assert, your Petitioner submits same was not voluntary nor intelligently and knowingly made by Petitioner.

Petitioner avers that your Respondent's-Defendant's had no jurisdiction to make assessments, liens, sales, issue withholding orders against your Petitioner as Petitioner is not liable for any alleged debts, assessments claimed by Respondent's-Defendant's.

****NOTE**** 26 USC Sec. 7421(a) (or corresponding State Revenue Statues) do not bar this action because, as supported herein with accompanying Petitioner's Verified Sworn Affidavit with supporting Points Of Authorities, "Under the most liberal view of the law and facts", Defendant's cannot establish its claims against Petitioner. - - - - - - <u>Pietsch     vs.     President Of The United States</u>, (CA2NY) 434 F.2d 861, <u>cert den</u> 403 U.S. 920, 29 LEd2d 698, 91 S. Ct. 2236; <u>as no lawfull assessment has been filed and served against Petitioner and the acts of Defendant's-Respondent's are unlawful, unconstitutional, fraudulent, vexatious, malicious, and if the lien, assessment, levy, withholding order against Petitioner is not reviewed by this Honorable Federal Court, and subsequently quashed, Petitioner will have suffered and continue to suffer irreparable injury and a arbitrary & capricious action that is offensive to the maintenance of a sound judicial process and miscarriage of justice will have occurred.</u>

The Sixth Circuit has held that a reviewing Court "may hold that the agency abused it's discretion if no evidence supports the decision", or <u>if the agency mis-applied the law</u>. <u>National Engineering & Contracting Co.,     vs.     Osha</u>, 928 F.2d 762, 768 (CA 6, 1991), citing <u>Oakland County Board Of Commissioners     vs.     United States Dept. Of Labor</u>, 853 F.2d 439, 442 (CA 6, 1988). The United States Supreme Court has unequivocally held that the due process requirement of a fair trial in a fair tribunal, <u>applies to Administrative Agencies</u> which adjudicate as well as to the Courts. <u>Withrow     vs.     Larkin</u>, 421 US 35, 46; 95 S. Ct. 1456 LEd2d 712 (1975).

Petitioner's posture is that he not liable for alleged taxes, civil fines, sanctions, assessments, levies, liens, sales, withholding orders, and said posture is well supported by the Federal Court decisions and United States Constitution as well as the additional authorites presented by Petitioner.

Defendant's-Respondent's clearly abused their discretion, mis – applied law and in effect did fraudulently assess Petitioner.   Any Authorities State or otherwise argued by Respondent's-Defendendant's in opposition to Petitioner's claims, that are not in harmony with the State and Federal Constitution and Federal Courts decisions presented by Petitioner, must fail and this Court must apply the analysis and principles laid down by our Federal precedents regarding the issues and claims before this bench & bar.

> This body of law is made binding on all judges, state and Federal, by the Supremecy Clause of the United States Constitution;
>
> This Constitution, and the laws of the United States which shall be made, under the authority of the United States <u>shall be the Supreme law of the land;</u> and <u>the judges in every state shall be bound thereby, anything in the constitution or the laws of any state to the contrary notwithstanding.</u>
> <u>(</u>U.S. CONSTITUTION, ART. VI.)

In the event that Defendant's-Respondent's assert a claim-defense argument under the <u>Sovereign Immunity By The Anti-Injunction Act</u>, it is therefore Petitioner's posture that this Act is not applicable as it bears no legal relationship to Petitioner's claims against Defendant's-Respondent's.

> 42 USC 1983: Every person who, under color of any statue, ordinance, regulation, custom or usage, of any state or territory or the District Of Columbia, subjects, or causes to be subjected, any citizen to the United States, or other person within the jurisdiction thereof to the <u>deprivation of any rights, privileges, or immunities, "secured by the U.S. Constitution and laws" shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.</u>

02-11-2000

_____
DAVID G. TRACY-Petitioner-Plaintiff

*Exhibit #1*

# AFFIDAVIT OF CITIZENSHIP AND DOMICILE

**Pursuant to: 8 Federal Registar, pg 12266 sec.40.10,4(g) CL 1,3:**

I hereby certify that I, **David Tracy** was born in the **CONN.** Republic. I was not born in a territory overwhich the United States is sovereign and I am, therefore, not subject to its jurisdiction and I am not a citizen of the <u>United States, as defined in 26 CFR 1.1-1(c)</u>. I am not liable for the Title 26, Internal Revenue Code (IRC), Subtile A, sec.1 graduated income taxes for reasons of my alienage.
c)  "Who is a citizen: <u>Every person born or naturalized in the United States and subject to its</u> jurisdiction is a citizen."
**3A Am Jur 1420-Aliens and Citizens** " A Person is born subject to the jurisdiction of the United States for purposes of acquiring citizenship at birth, if this birth occurs <u>in a territory overwhich the United States is sovereign...</u>"
I am a citizen of the contiguos **Florida** Republic, and am domiciled in **Broward** County, where I have occupied such status since approximately **1978** for a period of approximately **22** yrs and **0** months. I am , therefore, a natural born citizen of one of the 50 sovereign states in America.
I am, therefore, a <u>natural born</u> Citizen of one of the 50 states, under the Law and the Constitution. I am "nonresident to" and "not a dweller within" the jurisdiction of Art, 1, sec. 8 CL 17 and Art, IV, sec.3 Cl 2 of the constitution for the United States of America, in which Congress "exercises exclusive Legislation in all cases whatsoever, over such District <u>not exceeding ten miles square," beyond the seat of Government</u> or places legally ceded by the states for the erection of Forts...Arsenals, and other needed buildings, or any other territoriesor properties "belonging to" the United States. I am, therefore, not liable for the Title 26 USC, Subtitle A, sec. 1 graduated income tax for reasons of my nonresidence.
*"It is a well established principle of law that all federal legislation applies only within the territorial jurisdiction of the United States, unless a contrary intent appears"* **Foley Brothers v. Filardo. 336, U.S. 281**
I am a sovereign Citizen of one of the 50 contiguous states of America, under the Constitution and the Law. As such, I am a "Nonresident Alien" {as such 'word of art' is defined inIRC sec.7701 (b) (1) (B)} under United States Tax Laws [Title26 United States code and the Internal Revenue Code].
**26 CFRsec.31.3401 (a) (6)-1(b) "Remuneration paid to a nonresident alien individual...is exempted from wages and hence is not subject to withholding."**
I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

02-11-2000.

_____
DAVID G. TRACY-Affiant-Petitioner

### AFFIDAVIT OF CLAIMS FOR EXEMPTION AND EXCLUSION FROM GROSS INCOME OF REMUNERATION, WAGES AND WITHOLDING

I, DAVID G, TRACY        hereby claim an exemption and exclusion from gross income of all remuneration and compensation for labor, earned in the 50 states, from the 26 IRC, Subtitle A graduated income tax and 26 IRC, Subtitle C Employment taxes for the following reasons.
1) Title 26, United States Code, is federal legislation applicable ONLY to the territorial jurisdiction of the United States, I am a natural born Citizen of one of the 50 states and not within such jurisdiction.

2) I affirm that I have never received income or compensation from within any federal territory, possesion, enclave or instrumentality over which the United States is sovereign.

3) Compensation and remuneration for labor is property and, under the Constitution (Art. 1, sec. 2 Cl. 3, Art. 1, sec. 9, Cl. 4)*, are income not taxable by the Federal Government, and are excluded from "Gross Income" and exempt from taxation under Title 26, under the authority of 26-CFR (1939) sec. 9.22(b)-1. Further as a Citizen of the 50 states, under the Constitution and Law, it is my right to labor in a common and unregulated occupation and, under the fundamental law, the exercise of a right is free from tax, pursuant to Treasury Decision. Internal Revenue Vol. 26 No. 3640. p. 769 1924. CFR 26(1939) Part II. Subtitle B sec. 3.21-1.

*The 16th Amendment did not relieve the Government from Constitutional rules of apportionment for the imposition of Direct taxes on property, as evidenced in supporting Facts attached to this document.

4) The supreme Court, in numerous unoverturned cases, has ruled that the income tax is an indirect excise tax, dependent upon the exercise of a privilege. My remuneration is property, upon which an indirect tax cannot be imposed. I have not received, nor do I intend to receive any excise profits, gains, or interest from sources "within" the United States and I am exercising no taxable privileges.

5) Further, pursuant to the **Public Salary Act of 1939, TITLE I- SECTION 1. sec.22(a),** I do not earn "gross income." I have earned no compensation for personal services as an officer or employee of a State, or any political subdivision thereof, or any agency or instrumentality of any of the foregoing.

6) I am not an "employee" as defined in 26 CFR sec.31.3401 (c). Because I am not such an "employee", I do not earn "wages" under IRC sec.3401. I am also not a corporate officer, under a duty to withhold.

7) Further, I am not involved in any Revenue Taxable Activities, including, but not limited to, the Alcohol, Tobacco and Firearms industry.

8) The income tax is voluntary, I do not wish to volunteer.
    In summary, I am not subject to your jurisdiction and I have not received, nor do I intend to receive any taxable income under Title 26 USC. Failure to respond within 30 days will mean that you have aquiesced to this claim in its entirety and from this date forward, the doctrine of " estoppel by acquiescence" will prevail.
    I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct

02-11-2000

_____
DAVID G. TRACY-Affiant-Petitioner

# AFFIDAVIT

*Establishing my "exempt" status with respect to Federal Income Taxes, pursuant to 26 USC 3402(n) and 26 CFR §31.3402(n)-1*

This is my sworn affidavit, pursuant to IRC §3402(n)-1, and 26 CFR §31.3402(n)-1, certifying that:

1. I incurred no liability for income tax imposed under subtitle A of Title 26 of the Internal Revenue Code for the preceding taxable year.

2. I anticipate that I will incur no liability from income tax imposed under Subtitle A of Title 26 for the current taxable year.

3. I had a right to a full refund of any and all amounts withheld for the past two years.

02-11-2000.

_____
DAVID G. TRACY - Affiant-Petitioner

---

26 USC §3402(n)-1, CFR 31.3402(n)-1 — EMPLOYEES INCURRING NO INCOME TAX LIABILITY. — "Not withstanding any other provision of this section, **an employer shall not be required to deduct and withhold any tax** under this chapter [Chapter 24] upon a payment of wages to an employee if there is in effect with respect to the payment, a withholding exemption certificate furnished to the employer by the employee which contains statements that— (a) The employee incurred no liability for income tax imposed under subtitle A of the Code for the preceding taxable year; and (b) The employee anticipates that he will incur no liability for income tax imposed by Subtitle A for his current taxable year.

26 CFR §31.3402(f)(2)-1—WITHHOLDING EXEMPTION CERTIFICATES.—(a) On commencement of employment. On or before the date on which an individual commences employment with an employer, the individual shall furnish the employer with a signed withholding exemption certificate...**OR** if the statements described in §31.3402(n)-1 are true with respect to an individual, he may furnish his employer with a signed withholding exemption certificate which contains such statements in lieu of the first mentioned [W-4] Certificate.

You may verify my statement against the law itself, to establish that I have fulfilled of of the requirements contained in the law. The law makes it perfectly clear that, "notwithstanding any other provision... the employer shall not be required to withhold any tax..." if I provide you with the certified statement contained in this affidavit.

Regardless of what the IRS may want you to believe, it is not lawfully within the discretion of an employer to change or correct a verified affidavit which I have signed under the penalty of perjury, unless they are willing to prove in a court of law, that I have perjured myself. The IRS cannot penalize you for merely obeying the law. A Citizen, however, can sue you for taking his or her private compensation, contrary to the law, and against his or her consent and the IRS will provide you no protection or immunity.

"The Employer is not authorized to alter the [W-4] Form and disallow the employee's claims." - U.S. vs. Malinkowski, 47 F Supp. 352 (1972)

Let me remind you that no verbal threat or letter from the IRS can abrogate my sworn statement and the clear intent of the law.

Any Code Section that the IRS may quote from 26 USC Chapter 24, is applicable only to compensation for *services* as a public servant or Government Employee and not to workers in the private sector, unless such private workers have voluntarily agreed to such withholding, by filing a W-4. See definitions of term " EMPLOYEE" and "WAGES" in Federal Register, Tuesday, Sept. 7, 1943, pg. 12267, and 26 USC §3401(a)(c), and Public Salary Act of 1939, TITLE I -- SECTION 1 for proper definition of term "Compensation for Services," as it relates to "gross income" in [1939] 26 U.S.C. §22(a) [currently 26 U.S.C. §61].

# CIVIL COVER SHEET

00-6214

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
David G. Tracy

NIGHT BOX FILED
FEB 11 2000
CLARENCE MADDOX
CLERK USDC/SDFL

**DEFENDANTS**
Dept. of Treasury, Internal Revenue Service, United States of America

CIV-SEITZ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE
GARBER

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se

ATTORNEYS (IF KNOWN)
U.S. Atty. — Miami — Fla.

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury Product Liability | | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395ff | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | | ☐ 862 Black Lung 923 | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW 405(g) | ☐ 894 Energy Allocation Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI 405(g) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | A☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions A OR B |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | A☐ 791 Empl Ret Inc Security Act | A☒ 871 IRS Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE Snow    DOCKET NUMBER 00-6028

DATE 2-14-00

SIGNATURE OF ATTORNEY OF RECORD
David G. Tracy

**FOR OFFICE USE ONLY**
RECEIPT # 518557    AMOUNT $150.00    APPLYING IFP 02-14-00    JUDGE _____    MAG. JUDGE _____