UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6214-CIV-SEITZ-GARBER

DAVID G. TRACY
    Plaintiff,

vs.

DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
UNITED STATES OF AMERICA,
    Defendants.
_____ /



## LOCAL RULE 3.9 NOTICE OF RELATED CASE

The named defendants, by counsel, hereby give notice pursuant to Local Rule 3.9D that plaintiff in this civil action to enjoin all tax assessment and collection efforts against him is the defendant in a pending criminal prosecution for attempt to evade or defeat tax under 26 U.S.C. § 7201 in <u>United States v. David G. Tracy</u>, Case No. 00-CR-6028-ALL, assigned to Judge Dimitrouleas. A copy of the docket printout from the criminal case as of April 7, 2000 is attached hereto as Govt. Exh. 1.

THOMAS E. SCOTT
United States Attorney

_____
PAUL G. GILL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5892
Facsimile: (202) 514-9868
E-mail: Paul.G.Gill@usdoj.gov
Special Bar No. A5500329

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Local Rule 3.9 Notice of Related Case has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 14th day of April, 2000:

>David G. Tracy
>P.O. Box 11638
>Ft. Lauderdale, FL 33339

>_____
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044

```
Suite 301
Fort Lauderdale, FL 33301
954-769-5600
Probation Officer
FTS 356-7061
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500
```

# DOCKET  PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 2/1/00 | 1 | MOTION by USA as to David G. Tracy to seal indictment until arrest of defendant. (dd) [Entry date 02/02/00] |
| 2/1/00 | 2 | ORDER as to David G. Tracy granting [1-1] motion to seal indictment as to David G. Tracy until arrest of defendant. (1) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 2/1/00) CCAP [EOD Date: 2/2/00] CCAP✷ (dd) [Entry date 02/02/00] |
| 2/1/00 | 3 | SEALED INDICTMENT as to David G. Tracy (1) count(s) 1-3 (Criminal Category 1) (dd) [Entry date 02/02/00] |
| 2/1/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (dd) [Entry date 02/02/00] |
| 2/1/00 | 4 | ARREST WARRANT issued as to David G. Tracy .  Warrant issued by Ch. Magistrate Judge Lurana S. Snow  Bail fixed at $75,000 Corp. Surety Requested (dd) [Entry date 02/02/00] |
| 2/8/00 | -- | ARREST of David G. Tracy (ss) [Entry date 02/09/00] |
| 2/8/00 | 6 | REPORT Commencing Criminal Action as to David G. Tracy DOB: 10/14/47 Prisoner # 55191-004 (ss) [Entry date 02/10/00] |
| 2/8/00 | 7 | Minute of Initial Appearance on Sealed Indictment held on 2/8/00 before Ch. Magistrate Judge Lurana S. Snow as to David G. Tracy; Inquiry re counsel/Arraignment 2/15/00 at 11:00; Court Reporter Name or Tape #: 00-008 @ 752-944 (ss) [Entry date 02/10/00] |
| 2/8/00 | -- | Initial appearance as to David G. Tracy held Arraignment set for 11:00 2/15/00 for David G. Tracy (Defendant informed of rights.) (ss) [Entry date 02/10/00] |
| 2/8/00 | 8 | ORDER as to David G. Tracy Unsealing Indictment (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/8/00) CCAP [EOD Date: 2/10/00] CCAP✷ (ss) [Entry date 02/10/00] |

| Date | # | Entry |
|---|---|---|
| 2/8/00 | -- | Indictment unsealed as to David G. Tracy (ss) [Entry date 02/10/00] |
| 2/8/00 | 9 | ORDER on Initial Appearance as to David G. Tracy Bond set to $75,000 Personal Surety for David G. Tracy. Surrender all passports and travel documents to Pretrial Services Office. Report to Pretrial Services 1 x wk by phone, 1 x mo in person. Report re counsel set for 11:00 2/15/00 for David G. Tracy; Arraignment set for 11:00 2/15/00 for David G. Tracy before Magistrate Barry S. Seltzer, , (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/8/00) Tape # 00-008 CCAP (ss) [Entry date 02/10/00] |
| 2/8/00 | 10 | ORDER as to David G. Tracy to Set Bond  Bond reset to $75,000 Personal Surety for David G. Tracy. Surrender all passports and travel documents to the Pretrial Services Office by noon on 2/9/00. Report to Pretrial Services 1 x wk by phone, 1 x mo in person (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/8/00) CCAP [EOD Date: 2/10/00] CCAP (ss) [Entry date 02/10/00] |
| 2/9/00 | 5 | Arrest WARRANT Returned Executed as to David G. Tracy on 2/8/00 (ss) [Entry date 02/09/00] |
| 2/11/00 | 11 | MOTION by David G. Tracy to dismiss/quash counts I, II and III with prejudice (ss) [Entry date 02/14/00] |
| 2/11/00 | 12 | NOTICE with brief in support of choice of non-lawyer legal assistant in assisting defendant by David G. Tracy (ss) [Entry date 02/14/00] |
| 2/14/00 | 13 | ORDER as to David G. Tracy denying [11-1] motion to dismiss/quash counts I, II and III with prejudice (See Order) (Signed by Judge William P. Dimitrouleas on 2/14/00) CCAP [EOD Date: 2/15/00] CCAP (ss) [Entry date 02/15/00] |
| 2/15/00 | 14 | Minute of Inquiry re Counsel/Arraignment held on 2/15/00 before Magistrate Barry S. Seltzer as to David G. Tracy; Inquiry Re Counsel/Arraignment 2/29/00 at 11:00; Court Reporter Name or Tape #: 00-013 @ 1144-1608 (ss) [Entry date 02/18/00] |
| 2/15/00 | -- | Inquiry Re Counsel as to David G. Tracy held (ss) [Entry date 02/18/00] |
| 2/29/00 | 15 | Minute of Inquiry Re Counsel/Arraignment held on 2/29/00 before Ch. Magistrate Judge Lurana S. Snow as to David G. Tracy; Court Reporter Name or Tape #: 00-010 @ 1690-1908 (ss) [Entry date 03/01/00] |
| 2/29/00 | -- | Inquiry Re Counsel as to David G. Tracy held (ss) [Entry date 03/01/00] |
| 2/29/00 | 16 | ARRAIGNMENT INFORMATION SHEET for David G. Tracy (1) count(s) 1-3 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 03/01/00] |
| 2/29/00 | 17 | STANDING DISCOVERY ORDER as to David G. Tracy all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/29/00) Tape # 00-010 CCAP (ss) [Entry date 03/01/00] |
| 2/29/00 | 18 | ORDER RE: STATUS CONFERENCE, Speedy Trial and Pretrial |

|  |  |  |
|---|---|---|
|  |  | Matters as to David G. Tracy (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/29/00) CCAP [EOD Date: 3/1/00] CCAP (ss) [Entry date 03/01/00] |
| 2/29/00 | 19 | NOTICE of Hearing as to David G. Tracy: Set status re: counsel for 11:30 3/10/00 for David G. Tracy before Judge William P. Dimitrouleas (ss) [Entry date 03/01/00] |
| 2/29/00 | 20 | NOTICE of Hearing as to David G. Tracy: Set Jury trial for 9:00 4/3/00 for David G. Tracy before Judge William P. Dimitrouleas, Set calendar call for 9:00 3/31/00 for David G. Tracy before Judge William P. Dimitrouleas (ss) [Entry date 03/01/00] |
| 3/8/00 | 21 | RESPONSE to Standing Discovery Order by USA as to David G. Tracy (ss) [Entry date 03/09/00] |
| 3/10/00 | 22 | Minute of Inquiry Re: Counsel held on 3/10/00 before Judge William P. Dimitrouleas as to David G. Tracy; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 03/13/00] |
| 3/10/00 | -- | Inquiry Re Counsel as to David G. Tracy held (ss) [Entry date 03/13/00] |
| 3/10/00 | 23 | ORDER as to David G. Tracy holding defendant in contempt. Sentencing defendant to three months in prison (see Order) (Signed by Judge William P. Dimitrouleas on 3/10/00) CCAP [EOD Date: 3/13/00] CCAP (ss) [Entry date 03/13/00] |
| 3/13/00 | 24 | ORDER as to David G. Tracy releasing defendant from the custody of the US Marshal's Service; Appointing Steven Kreisberg to represent the defendant (Signed by Judge William P. Dimitrouleas on 3/13/00) CCAP [EOD Date: 3/14/00] CCAP (ss) [Entry date 03/14/00] |
| 3/14/00 | 25 | CJA 20 as to David G. Tracy: Appointment of Attorney Steven Kreisberg, Esq. (Signed by Judge William P. Dimitrouleas on 3/14/00 nunc pro tunc 3/13/00) (ss) [Entry date 03/15/00] |
| 3/24/00 | 26 | JOINT MOTION by USA as to David G. Tracy for continuance of trial (ss) [Entry date 03/27/00] |
| 3/27/00 | 27 | ORDER as to David G. Tracy denying without prejudice [26-1] motion for continuance of trial (Signed by Judge William P. Dimitrouleas on 3/27/00) CCAP [EOD Date: 3/28/00] CCAP (ss) [Entry date 03/28/00] |
| 3/28/00 | 28 | MOTION by David G. Tracy to dismiss fatally defective indictment (ss) [Entry date 03/28/00] |
| 3/28/00 | 29 | TRANSCRIPT filed as to David G. Tracy of Hearing held 3/10/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 8 (ss) [Entry date 03/28/00] |
| 3/30/00 | 30 | ORDER as to David G. Tracy denying request for oral argument; denying [28-1] motion to dismiss fatally defective indictment as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 3/30/00) CCAP [EOD Date: 3/31/00] CCAP (ss) [Entry date 03/31/00] |
| 3/30/00 | 31 | MOTION by David G. Tracy for stay pending review (ss) [Entry date 03/31/00] |
| 3/31/00 | 32 | Minute of Calendar Call/Status Conference held on 3/31/00 |

|          |    |                                                                                                                                                                                                                                                                                                  |
|----------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |    | before Judge William P. Dimitrouleas as to David G. Tracy; Calendar Call 5/12/00 at 9:00; Trial Period 5/15/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 04/03/00]                                                                                                     |
| 3/31/00  | -- | Status conference as to David G. Tracy held (ss) [Entry date 04/03/00]                                                                                                                                                                                                                           |
| 3/31/00  | 33 | ORDER as to David G. Tracy denying [31-1] motion for stay pending review as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 3/31/00) CCAP [EOD Date: 4/3/00] CCAP✵ (ss) [Entry date 04/03/00]                                                                                    |
| 3/31/00  | 34 | ORDER as to David G. Tracy granting joint motion to continue: Reset Jury trial for 9:00 5/15/00 for David G. Tracy before Judge William P. Dimitrouleas, Reset calendar call for 9:00 5/12/00 for David G. Tracy before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 3/31/00) CCAP [EOD Date: 4/3/00] CCAP✵ (ss) [Entry date 04/03/00] |
| 4/3/00   | 35 | MOTION by David G. Tracy for reconsideration of [30-1] order (ss) [Entry date 04/04/00]                                                                                                                                                                                                          |
| 4/4/00   | 36 | ORDER as to David G. Tracy denying [35-1] motion for reconsideration of [30-1] order as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 4/4/00) CCAP [EOD Date: 4/6/00] CCAP✵ (mh) [Entry date 04/06/00]                                                                         |

## Case Flags:
## LSS

## END OF DOCKET: 0:00cr6028-0

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/12/2000 16:07:36 | | | |
| PACER Login: | dj0041 | Client Code: | Tracy |
| Description: | docket report | Search Criteria: | 0:2000cr06028 |
| Billable Pages: | 6 | Cost: | 0.42 |