UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6214-CIV-SEITZ

FILED by MBD D.C.
MAY 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DAVID G. TRACY,

    Plaintiff,

v.

DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
UNITED STATES OF AMERICA,

    Defendants.
_____/

### ORDER GRANTING MOTION TO DISMISS

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss, filed April 20, 2000 [D.E. No. 4]. As of the date of this Order, Plaintiff has failed to respond to that motion. Failure to respond to a motion may be deemed good cause for granting the motion by default. Consequently, and pursuant to Local Rule 7.1.C, it is hereby

ORDERED that Defendants' Motion to Dismiss [D.E. No. 4] is GRANTED BY DEFAULT. Plaintiff shall have ten (10) days from the date of this order to file an amended complaint. Failure to file an amended pleading within this time frame shall result in the dismissal of this action.

DONE AND ORDERED in Miami, Florida this 12$^{TL}$ day of May, 2000.

                      _____
                      PATRICIA A. SEITZ
                      UNITED STATES DISTRICT JUDGE

cc:    Paul G. Gill, Esq.
        David G. Tracy, *pro se*



# United States District Court

Southern _____ DISTRICT OF _____ Florida

SUMMONS IN A CIVIL ACTION

LUIS ANASTACIO MEJIA

V.

CASE NUMBER: 00-6241-CIV_SEITZ

PACIFIC SEAFOODS, INC.
and LUCKY SEVEN, in rem.

TO: (Name and Address of Defendant)

Pacific Foods INC.

EMO Corporate Services, Inc.
registered agent ~~for Pacific Seafoods, Inc.~~
100 NE 3rd Avenue, Suite 1100
Ft. Lauderdale, FL 33301

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Sean M. Ellsworth, Esquire
Dresnick & Ellsworth, P.A.
201 Alhambra Circle, Suite 701
Coral Gables, FL 33134

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                    MAY 1 5 2000
CLERK                                              DATE

[signature: Susan Winterbotham]

BY DEPUTY CLERK