**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



CASE NO. 00-6214-CIV-SEITZ

DAVID G. TRACY,

      Plaintiff,

v.

DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
UNITED STATES OF AMERICA,

      Defendants.

_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. By order dated May 15, 2000, the Court granted Defendants' Motion to Dismiss by default, and allowed Plaintiff until and including June 2, 2000, to file an amended complaint. To date, no such pleading has been filed. Consequently, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Any pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Miami, Florida this 19th day of June, 2000.

                    PATRICIA A. SEITZ
                    UNITED STATES DISTRICT JUDGE

cc:    Paul G. Gill, Esq.
       David G. Tracy, *pro se*